UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY LEE,

    Plaintiff,

v.

UNKNOWN WAGNER, et al.,

    Defendants.

_____/

Case No. 1:17-cv-474

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Wagner filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 2, 2018, recommending that this Court grant the motion and terminate this matter. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 9) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: January 29, 2018          /s/ Janet T. Neff
                                 JANET T. NEFF
                                 United States District Judge